IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02625-WYD-CBS

JAMIE BEARD,

    Plaintiff(s),

v.

I.C. SYSTEM, INC., a Minnesota corporation,

    Defendant(s).

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss With Prejudice, filed March 1, 2006.  Having reviewed the Stipulated Motion and being fully advised in the premises, it is hereby

ORDERED that the Stipulated Motion to Dismiss With Prejudice, filed March 1, 2006, is **GRANTED**.  It is

FURTHER ORDERED that this case is dismissed **WITH PREJUDICE**, each party to pay its own attorney fees and costs.

Dated:  March 7, 2006

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge